IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | COMPLAINT |
| S & S BEAUTY SUPPLIES, INC. | ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) | |

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "Commission" or "EEOC") brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, to compel specific performance of two Conciliation Agreements resolving two charges of discrimination filed on the basis of sex and retaliation, and to make whole Michelle Ashcraft ("Ashcraft") and Lori Stanton ("Stanton"), the Charging Parties.  The Commission alleges that it entered into Conciliation Agreements with S&S Beauty Supplies, Inc. on or about September 15, 2009, in settlement of Charge No. 474-2008-01322 which Ashcraft filed with the Commission and Charge No. 473-2008-01507 which Stanton filed with the Commission.  The Commission further alleges that S&S Beauty Supplies, Inc. has breached the Conciliation Agreements in that it has failed to abide by the terms of the Agreements.

## JURISDICTION AND VENUE

1. Pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345, the United States District Court has jurisdiction over the subject matter of this civil action. This action is authorized and instituted pursuant to Section 706(f) of Title VII of the Civil Rights Act of 1964,

as amended, 42 U.S.C. § 2000e-5(f)(3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Eastern District of Kentucky, Covington Division. Venue is appropriate in this Court.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f) of Title VII, 42 U.S.C. § 2000e-5(f).

4. At all relevant times, Defendant, S & S Beauty Supplies, Inc. (the "Employer"), has continuously been an Ohio corporation doing business in the State of Kentucky and the City of Florence, and has continuously had at least 15 employees at all times relevant to this cause of action.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to obtain Defendant Employer's compliance with the Conciliation Agreements and thus to effect voluntary compliance with Title VII through informal methods of conciliation, conference and persuasion.

## STATEMENT OF CLAIMS

7. Since at least June 1, 2010, Defendant Employer has failed to comply with the terms of the Conciliation Agreements it entered into with the Commission and Ashcraft and Stanton on or about September 15, 2009. A copy of the Agreements are attached hereto as Exhibits A and B. A copy of a letter from the Commission to S&S Beauty Supplies, Inc. alerting it of its breach and providing an opportunity to correct the same is attached hereto as Exhibit C.

8. The unlawful employment practices of which the Commission complains in the preceding paragraphs were intentional.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a judgment ordering Defendant to pay Ashcraft and Stanton the amount of damages Defendant negotiated and agreed to pay, prejudgment interest, and legal costs associated with the collection of the amount due and owing.

B. Grant a permanent injunction compelling specific performance of the Agreements entered into and executed by Defendant, the Commission, and Ashcraft and Stanton.

D. Grant such further relief as the Court deems necessary and proper in the public interest.

E. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

        Respectfully Submitted,

        s/ Laurie A. Young
        LAURIE A. YOUNG, #11480-49
        Regional Attorney

        s/ Michelle Eisele
        MICHELLE EISELE, #12070-49
        Supervisory Trial Attorney

        s/ Aimee L. McFerren
        AIMEE L. MCFERREN,
        Senior Trial Attorney
        Kentucky Bar No.: 89912
        Federal I.D. No.: 36953
        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        600 Dr. Martin Luther King, Jr. Place
        Suite 268
        Louisville, KY 40202
        502-582-6308
        502-582-5435 (fax)
        aimee.mcferren@eeoc.gov